# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Rafael Danam,

    Plaintiff

v.

Elaine Kelley, et al.,

    Defendants

Case No. 2:19-cv-01606-JAD-DJA

**Order Adopting Report and Recommendation**

[ECF Nos. 8, 11, 18, 22]

Rafael Danam sues Elaine Kelley, the principal of his former employer, the Somerset Academy Aliante Charter School, asserting constitutional and employment-related claims. Because Danam was granted *in forma pauperis* status, the court screened his complaint; upon doing so, it dismissed that complaint with a detailed explanation of its deficiencies and gave Danam leave to amend.[1] Danam filed an amended complaint,[2] but it, too, fails to state a colorable claim for relief. So Magistrate Judge Albregts dismissed that amended complaint without prejudice and with additional detail about how to cure the deficiencies. He also recommends that I deny plaintiff's pending motions for summary judgment and injunctive relief,[3] along with the defendant's motion to dismiss.[4] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one.

---

[1] ECF No. 5.
[2] ECF No. 7.
[3] ECF Nos. 8, 11.
[4] ECF No. 18.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 22] is ADOPTED** in full;

IT IS FURTHER ORDERED THAT the following motions **[ECF Nos. 8, 11, 18] are DENIED** as moot because there is yet no operative complaint:

- Plaintiff's Motion for Summary Judgment Failure of Defendant to Pay Last Day of Wages from Wrongful Termination/Breach of Contract [ECF No. 8];
- Plaintiff's Motion for Injunctive Order to Notify all parents of Subpoena for Court Trial for Plaintiff's Wrongful Termination/Breach of Contract by Defendant [ECF No. 11]; and
- Defendant Elaine Kelley's Motion to Dismiss Amended Complaint [ECF No. 18].

Dated: January 3, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).