# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Rafael Danam,

    Plaintiff

v.

Elaine Kelley, et al.,

    Defendants

Case No. 2:19-cv-01606-JAD-DJA

**Order Adopting Report and Recommendation and Dismissing Case**

[ECF No. 34]

Rafael Danam sues Elaine Kelley, the principal of his former employer, the Somerset Academy Aliante Charter School, asserting constitutional and employment-related claims. Because Danam was granted *in forma pauperis* status, the court screened his complaint; upon doing so, it dismissed that complaint with a detailed explanation of its deficiencies and gave Danam leave to amend—twice.[1] The magistrate judge has screened Danam's second-amended complaint[2] and concluded that, despite the court's guidance, Danam remains unable to state a claim for relief under federal law.[3] Deeming any further attempt at amendment futile, the magistrate judge recommends that I dismiss this action, leaving open Danam's opportunity to bring his state-law claims in state court.[4] The deadline for objections to that recommendation passed without objection or any request to extend the deadline to file one. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[5]

---

[1] ECF Nos. 5, 23.
[2] ECF No. 24.
[3] ECF No. 34.
[4] *Id*. at 4.
[5] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the magistrate judge's report and recommendation **[ECF No. 34] is ADOPTED** in full.

IT IS FURTHER ORDERED THAT **this case is DISMISSED.** The Clerk of Court is directed to ENTER JUDGMENT ACCORDINGLY and CLOSE THIS CASE. If Danam wishes to pursue his state-law claims, he must file them in state court.

Dated: April 14, 2020

_____
U.S. District Judge Jennifer A. Dorsey